**Motion GRANTED and Order filed April 8, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00267-CV
_____

## IN RE TURNER W. BRANCH AND THE BRANCH LAW FIRM, L.L.P.,
### Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-34395**

---

## ORDER

On April 7, 2014, relators Turner W. Branch and The Branch Law Firm, L.L.P., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Alexandra Smoots-Hogan, Judge of the 164th District Court, in Harris County, Texas, to set aside her orders dated February 18, 2014 and

1

April 2, 2014, entered in trial court number 2012-34395, styled *W. Shane Osborn v. The Branch Law Firm, L.L.P. and Turner Branch*. Relators claim respondent abused her discretion by denying their motion to quash and for protective order and motion for reconsideration.

Relators also have filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On April 7, 2014, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the February 18, 2014 and April 2, 2014 orders entered in trial court cause number 2012-34395, *W. Shane Osborn v. The Branch Law Firm, L.L.P. and Turner Branch,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party-in-interest, to file a response to the petition for writ of mandamus on or before April 22, 2014**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.